___

**RAELEEN JOHNSON, et al.,**
        **Plaintiffs,**
  v.                                                                Case No. 19-cv-652

**WATERSTONE MORTGAGE CORP.,**
        **Defendant.**

___

## ORDER

      The parties have notified the Court that this matter has settled and they have begun the process of finalizing the applicable settlement agreements, at which point they will file the appropriate papers with the Court. ECF No. 62. Accordingly, all outstanding dates and deadlines in this case are **VACATED**. **Additionally, the Clerk of Court shall close the file administratively**.

      **SO ORDERED** at Milwaukee, Wisconsin, this 28th day of September, 2020.


                                                        s/Lynn Adelman
                                                        LYNN ADELMAN
                                                        District Judge